IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | NO. 3:17-CR-295-K |
| ABRAHAM ALMANZA | § § | |
| Defendant | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Rebecca Rutherford for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant waived allocution before this Court but reserved his right to object to the Report and Recommendation of the United States Magistrate Judge. Defendant filed Objections to the Report and Recommendation of the United States Magistrate Judge on September 15, 2022, and the Government filed a response to Defendant's Objections, September 19, 2022, to the to the Report and Recommendation of the United States Magistrate Judge.

The Court conducted a careful *de novo* review of the record and the Report and Recommendation to which objections were made, and has determined that the Objections should be and are hereby **OVERRULED**.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be

PAGE 1

committed to the custody of the Bureau of Prisons to be imprisoned for a term of (18) eighteen months.  No term of Supervised Release to follow.

The Court recommends that Defendant be allowed to serve his sentence at a facility where he can be protected.

SO ORDERED.

Signed September 29th, 2022.

                                        *Ed Kinkeade*
                                        ED KINKEADE
                                        UNITED STATES DISTRICT JUDGE